IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ANTONIO ALEXIS ADORNO GONZALEZ

DEBTOR(S)

CASE NO. 18-03441-ESL

CHAPTER 13

**\*\*AMENDED DOCUMENT\*\***

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on 07/31/2018. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: $3,777 (PV $4,381)

3. With respect to the attached payment plan:

AMENDED PLAN DATE: June 19, 2018        PLAN BASE: $33,648.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 12/12/2018

[ ] FAVORABLE        [X] UNFAVORABLE

1. [X] FEASIBILITY 11 USC § 1325(a)(6):

   To pay secured creditors and priorities.

2. [X] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

   SCMI Form 122C-1 line 5 disclose business expenses. This has an impact in the applicable commitment period. b. Schedule "I" disclose a net income of $2,090.16 and SCMI disclose net income of $1,290.59, however, per evidence of income submitted it is $548.49.

[X] OTHER:

   a. Debtor has failed to provide evidence of income for December 2017 as part of the 6 months prior filing and June 2018 as part of the 60 days period. The evidence of income needs to include gross income, expenses and net income. trustee informs that the evidence provided only include net income. b. eeds to provide evidence of public liability insurance.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Pedro R Medina
Pedro R Medina

Atty: ROBERTO FIGUEROA

USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - EN