IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ANTONIO ALEXIS ADORNO GONZALEZ

DEBTOR(S)

CASE NO. 18-03441-ESL

CHAPTER 13

**\*\*AMENDED DOCUMENT\*\***

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on 07/31/2018. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: $3,777 (PV $4,381)

3. With respect to the attached payment plan:

AMENDED PLAN DATE: June 19, 2018          PLAN BASE: $33,648.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 2/6/2019

[ ] FAVORABLE          [X] UNFAVORABLE

1. [X] INSUFFICIENTLY FUNDED § 1325(b):

   To pay secured creditors and priorities.

2. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

   Plan does not comply with the best interest of creditors' test.

[X] OTHER:

1. Unsworn declaration under penalty of perjury submitted to trustee regarding to the public liability insurance issue needs to be filed with the court. 2. Income evidence submitted to trustee on 2-5-2019 needs to be filed with the court,

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty: ROBERTO FIGUEROA

/s/ Pedro R Medina
Pedro R Medina
USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - EN