IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ANTONIO ALEXIS ADORNO GONZALEZ
d/b/a BROADWAY LIQUOR STORE

DEBTOR

CASE NO 18-03441 ESL

CHAPTER 13

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY
## RE: COMMERCIAL PUBLIC LIABILITY INSURANCE

**I, ANTONIO ALEXIS ADORNO GONZALEZ d/b/a BROADWAY LIQUOR STORE,** the Debtor in case number 18-03441 ESL13, declares under penalty of perjury as follows:

1. That I am the Debtor in the above captioned bankruptcy case.

2. That as I am the owner of a d/b/a Broadway Liquor Store located at 771 Campo Rico Avenue Urb Country Club San Juan Puerto Rico.

3. That after the filing of the present bankruptcy petition under Chapter 13, I have been trying to purchase a public liability insurance for my business d/b/a Broadway Liquor Store.

4. That during the last few months I have contacted several insurance brokers and insurance companies requesting to purchase a public liability insurance policy and all have stated that at this moment, due to the passage of hurricane Maria through Puerto Rico and considering the pending insurance claims, insurance companies in Puerto Rico are not offering this type of insurance.

5. That I contacted the following insurance brokers and insurance companies:

---Green Insurance Company;

---Cooperativa Seguros Multiples de Puerto Rico;

---MAPFRE;

---Real Legacy Assurance;

---Madeline Ramos Hernandez, CJSR;

---Mr. Angel Disdier/Insurance Broker;

---Ms. Vicky Rivera; Insurance Broker.

Page -2 –
Case No. 18-03441 ESL13

6. That I make this declaration for purposes of clarifying to the Chapter 13 Trustee that I am unable to purchase a public liability insurance as requested, in the present case.

7. I certify that although this declaration is submitted in the English language, the same has been translated to me before signing and executing the same.

8. The foregoing declaration is submitted under penalty of perjury and I declare that the same is true and correct to the best of my information and belief.

In Caguas, Puerto Rico this 20th day of December, 2018.

_____
ANTONIO ALEXIS ADORNO GONZALEZ

7



PO Box 364923
San Juan PR 00936-4923
787-771-5570 Tel
787-771-5574 Fax
www.giapr.com

21 de septiembre de 2018

Saludos:

Gracias por considerar a Green Insurance Agency para cotizar el prospecto BROADWAY LIQUOR STORE AND MINI MARKET. Se notifica el mismo fue declinado por las siguientes compañías:

- ☒ Cooperativa de Seguros Múltiples de PR
- ☐ Multinational Insurance Company
- ☒ Real Legacy Assurance
- ☐ CHUBB
- ☐ USIC
- ☐ BERKLEY
- ☐ PR Medical Defense Insurance
- ☐ AIG Insurance Company
- ☐ Blue Waters Insurers Corp.
- ☐ Liberty International Underwriters

La declinación obedece a:

- ☐ Tipo de riesgo
- ☒ Tipo de Operaciones
- ☐ Localización
- ☐ Previamente Sometido por otro agente o agencia general:
    - ☐ Declinado al otro productor o agencia general
    - ☐ Aprobado al otro productor o agencia general
    - ☐ Aún está en proceso de evaluación
- ☐ Tipo de construcción
- ☐ Suscrito con la compañía y otra agencia general
- ☐ Otros:

Esperamos poder ayudarle en otra ocasión.

Cordialmente,

*MADELINE RAMOS HERNANDEZ, CISR*
Suscriptor