B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Puerto Rico

In re ANTONIO A. ADORNO GONZALEZ,     Case No. 18-03441-ESL13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| E.M.I. EQUITY MORTGAGE, INC. as servicing agent for PAD CAPITAL, LLC<br>Name of Transferee | RUSHMORE LOAN MANAGEMENT SERVICES, LLC as servicer for TAX-FREE PUERTO RICO TARGET MATURITY FUND, INC.<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>PO BOX 195442<br>SAN JUAN, PR 00919-5442 | Court Claim # (if known): 2-1<br>Amount of Claim: $151,672.98<br>Date Claim Filed: 07/23/2018 |
| Phone: (787) 620-2929<br>Last Four Digits of Acct #: 3197 | Phone: (787) 765-2988<br>Last Four Digits of Acct. #: 3197 |

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: s/Denise Villamar Rivera     Date: 07/22/2020
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.