**Fill in this information to identify the case:**

Debtor 1: ANTONIO ALEXIS ADORNO GONZALEZ

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: District of Puerto Rico

Case number: 18-03441-ESL

---

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Rushmore Loan Management Services

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 3 1 9 7

**Date of payment change:** 06-01-2020
Must be at least 21 days after date of this notice

**New total payment:** $ 1472.43
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 152.32    New escrow payment: $ 151.16

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect*.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

| Debtor 1 | ANTONIO ALEXIS ADORNO | Case number (*if known*) 18-03441-ESL |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Sergio A. Ramirez de Arellano  
Signature

Date 04/22/2020

Print: Sergio A. Ramirez de Arellano  
First Name  Middle Name  Last Name

Title: creditor's attorney

Company: SARLAW LLC

Address: 209 Ave. Muñoz Rivera, Banco Popular Center Suite 1022  
Number  Street  
San Juan  PR  00918  
City  State  ZIP Code

Contact phone 787-765-2988

Email sramirez@sarlaw.co