| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | ANTONIO ALEXIS ADORNO GONZALEZ<br>dba BROADWAY LIQUOR STORE |
| Debtor 2<br>(Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Puerto Rico |
| Case number | 18-03441 ESL |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** E.M.I. EQUITY MORTGAGE, INC.
as servicer for PAD CAPITAL LLC

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 3 1 9 7

**Date of payment change:**
Must be at least 21 days after date of this notice: 08/01/2023

**New total payment:** $ 1,570.25
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 246.00    New escrow payment: $ 248.98

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%
   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____
   Current mortgage payment: $ _____    New mortgage payment: $ _____

| Debtor 1 | ANTONIO ALEXIS ADORNO GONZAL | Case number (if known) | 18-03441 ESL |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ s/ DENISE VILLAMAR RIVERA  
Signature

Date 07/13/2023

Print: DENISE VILLAMAR RIVERA  
First Name    Middle Name    Last Name

Title: ATTORNEY FOR CREDITOR

Company: VILLAMAR LAW LLC

Address: PO BOX 9113  
Number    Street

SAN JUAN    PR    00908  
City    State    ZIP Code

Contact phone (787) 966-7686

Email dvr@villamar-law.com

EMI EQUITY MORTGAGE, INC          Final
Departamento de Servicios Hipotecarios
P.O. Box 195442
San Juan, PR 00919-5442
For Inquiries: (888) 253-8006

Analysis Date: June 26, 2023

Antonio Alexis Adorno Gonzalez                                              Loan:    0000820031
Urb Country Club                                                            Property Address:
771 Campo Rico Ave                                                          Country Club Dev   771 Campo Rico Ave
San Juan PR  00924                                                          Carolina, PR  00909

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Aug 2022 to July 2023. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Aug 01, 2023: |
|---|---:|---:|
| Principal & Interest Pmt: | 1,321.27 | 1,321.27 |
| Escrow Payment: | 246.00 | 248.98 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,567.27 | $1,570.25 |

| Escrow Balance Calculation | |
|---|---:|
| Due Date: | Nov 01, 2022 |
| Escrow Balance: | 3,464.16 |
| Anticipated Pmts to Escrow: | 2,214.00 |
| Anticipated Pmts from Escrow (-): | 719.90 |
| Anticipated Escrow Balance: | $4,958.26 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---:|---:|---:|---:|---|---|---:|---:|
| | | | | | | Starting Balance | 492.06 | 2,373.37 |
| Aug 2022 | 246.00 | 473.32 | | | * | | 738.06 | 2,846.69 |
| Sep 2022 | 246.00 | 246.00 | | | | | 984.06 | 3,092.69 |
| Oct 2022 | 246.00 | | | | * | | 1,230.06 | 3,092.69 |
| Nov 2022 | 246.00 | 492.00 | | | * | | 1,476.06 | 3,584.69 |
| Dec 2022 | 246.00 | 246.00 | | | | | 1,722.06 | 3,830.69 |
| Jan 2023 | 246.00 | 473.32 | 714.13 | 719.90 | * | Tax | 1,253.93 | 3,584.11 |
| Feb 2023 | 246.00 | 227.32 | | | * | | 1,499.93 | 3,811.43 |
| Mar 2023 | 246.00 | 246.00 | | | | | 1,745.93 | 4,057.43 |
| Apr 2023 | 246.00 | 246.00 | | | | | 1,991.93 | 4,303.43 |
| Apr 2023 | | | | 1,548.00 | * | Hazard | 1,991.93 | 2,755.43 |
| May 2023 | 246.00 | 462.73 | 1,518.00 | | * | Hazard | 719.93 | 3,218.16 |
| Jun 2023 | 246.00 | 246.00 | | | | | 965.93 | 3,464.16 |
| Jul 2023 | 246.00 | | 719.92 | | * | Tax | 492.01 | 3,464.16 |
| | | | | | | Anticipated Transactions | 492.01 | 3,464.16 |
| Jun 2023 | | 1,968.00 | | | | | | 5,432.16 |
| Jul 2023 | | 246.00 | | 719.90 | | Tax | | 4,958.26 |
| | $2,952.00 | $5,572.69 | $2,952.05 | $2,987.80 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 2,952.05. Under Federal law, your lowest monthly balance should not have exceeded 492.01 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue. Your actual lowest monthly balance was greater than 492.01. The items with an asterisk on your Account History may explain this. If you want a further explanation, please call our toll-free number.

Page 1

EMI EQUITY MORTGAGE, INC                                    Final
For Inquiries: (888) 253-8006

Analysis Date:  June 26, 2023

Antonio Alexis Adorno Gonzalez                                              Loan:    0000820031

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 4,958.26 | 498.01 |
| Aug 2023 | 248.98 | | | 5,207.24 | 746.99 |
| Sep 2023 | 248.98 | | | 5,456.22 | 995.97 |
| Oct 2023 | 248.98 | | | 5,705.20 | 1,244.95 |
| Nov 2023 | 248.98 | | | 5,954.18 | 1,493.93 |
| Dec 2023 | 248.98 | | | 6,203.16 | 1,742.91 |
| Jan 2024 | 248.98 | 719.90 | Tax | 5,732.24 | 1,271.99 |
| Feb 2024 | 248.98 | | | 5,981.22 | 1,520.97 |
| Mar 2024 | 248.98 | | | 6,230.20 | 1,769.95 |
| Apr 2024 | 248.98 | | | 6,479.18 | 2,018.93 |
| May 2024 | 248.98 | 1,548.00 | Hazard | 5,180.16 | 719.91 |
| Jun 2024 | 248.98 | | | 5,429.14 | 968.89 |
| Jul 2024 | 248.98 | 719.90 | Tax | 4,958.22 | 497.97 |
| | $2,987.76 | $2,987.80 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 497.97. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 497.97 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 4,958.26. Your starting balance (escrow balance required) according to this analysis should be $498.01. This means you have a surplus of 4,460.25. This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus.

We anticipate the total of your coming year bills to be 2,987.80. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | 248.98 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $248.98 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO. 18-03441 (ESL) |
|---|---|
| ANTONIO ALEXIS ADORNO GONZALEZ<br>Dba BROADWAY LIQUOR STORE | CHAPTER 13 |
| Debtor (s) | |

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**WE HEREBY CERTIFY** that a copy of the *Notice of Mortgage Payment Change* was electronically filed by Movant using the CM/ECF System, which will send a notification to Standing Chapter 13 Trustee and to the Debtor's attorney. In addition, a copy of the *Notice of Mortgage Payment Change* was sent by Movant to the Debtor at the address of record.

In San Juan, Puerto Rico, on the 13th day of July of 2023.

**VILLAMAR LAW**
P.O. Box 9113
San Juan, PR 00908
Tel.: (787) 966-7686
Email: dvr@villamar-law.com


*/s/ Denise Villamar Rivera*
Denise Villamar-Rivera, Esq.
USDC-PR 301601